# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| CHARIE AUTRY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHARLOTTE PALM CORP.,<br><br>Defendant. | Civil Action No. 3:16-CV-00797-GCM<br><br>**ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff Charie Autry's and Defendant Charlotte Palm Corporation's Third Joint Motion to Stay filed on June 19, 2017. Having carefully considered the motion, the record, and applicable authority, the undersigned will **GRANT** the motion.

**IT IS, THEREFORE, ORDERED** that this civil action is STAYED. Accordingly, all discovery is stayed in this case and the deadlines and requirements set forth in Federal Rules 16 and 26 and Local Rules 16.1 and 26.1 are suspended for an additional ninety (90) days, to and including September 18, 2017.

Signed: June 21, 2017

Graham C. Mullen
United States District Judge