IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CV-797-GCM

| | | |
|---|---|---|
| **CHARIE AUTRY** *on behalf of herself and all others similarly situated,* | ) ) | |
| Plaintiff, | ) | |
| v. | ) ) | ORDER |
| **CHARLOTTE PALM CORPORATION,** | ) | |
| Defendant. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Andrew C. Ficzko** filed June 28, 2017 [doc. # 22].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby grants the motion.

In accordance with Local Rule 83.1 (B), Mr. Ficzko is admitted to appear before this court *pro hac vice* on behalf of Plaintiff, Charie Autry.

**IT IS SO ORDERED.**

Signed: June 30, 2017

Graham C. Mullen
United States District Judge