IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| CHARIE AUTRY, on behalf of herself and all others similarly situated,<br><br>       Plaintiffs,<br><br>v.<br><br>CHARLOTTE PALM CORP.,<br><br>       Defendant. | CIVIL ACTION<br><br>NO. 3:16-cv-00797-GCM |

**PLAINTIFF'S UNOPPOSED MOTION
FOR PRELIMINARY APPROVAL OF RULE 23 CLASS ACTION
AND FLSA COLLECTIVE ACTION SETTLEMENT**

  Plaintiff Charie Autry ("Plaintiff"), through her undersigned counsel, respectfully moves this Court for an Order:

  1. Granting preliminary approval of the Parties' Class Action Settlement Agreement as fair, reasonable, and adequate pursuant to Fed. R. Civ. P. 23(e), and a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (*see* Memorandum in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Rule 23 Class Action and FLSA Collective Action, Exhibit 1);

  2. Preliminarily certifying the following Settlement Class pursuant to Fed. R. Civ. P. 23 and 29 U.S.C. § 216(b) for the purposes of settlement:

> Every individual employed by Defendant as a server, server assistant, runner and/or bartender during any workweek between November 18, 2013 and August of 2017;

3. Preliminarily approving Plaintiff Charie Autry as the Representative of the Settlement Class;

4. Preliminarily approving Gibbons Leis, PLLC and Stephan Zouras, LLP as Class Counsel for the Settlement Class;

5. Approving the Class Action Settlement Notice, which is attached as Exhibit B to the Class Action Settlement Agreement; and

6. Approving the proposed schedule and procedure for the final approval of the Class Action Settlement Agreement.

7. Defendant does not oppose this Motion.

8. A proposed Order is submitted for the Court's consideration.

/s/ Philip J. Gibbons, Jr.
Philip J. Gibbons, Jr., NCSB #50276
phil@gibbonsleis.com
Craig L. Leis, NCSB #48582
GIBBONS LEIS, PLLC
14045 Ballantyne Corporate Pl., Suite 325
Charlotte, NC 28277
Telephone: (704)-612-0038
Facsimile: (704) 612-0038

Ryan F. Stephen
rstephen@stephansouras.com
James B. Zouras
jzouras@stephanzouras.com
Andrew C. Ficzko
aficzko@stephanzouras.com
STEPHAN ZOURAS, LLP
205 N. Michigan Ave., Suite 2560
Chicago, IL 60601
Telephone: (312) 233-1550
Facsimile (312) 233-1560

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

This is to certify that on September 7, 2018, the undersigned filed the foregoing using the Court's CM/ECF system which will send notification of such filing to the appropriate CM/ECF participants.

/s/ Philip J. Gibbons, Jr.
*Attorney for Plaintiff(s)*
